# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00591-CV

**Mary Riemann and Teresa Ringbom, Appellants**

**v.**

**Norman John Weaner, II, and Dora Weaner, Appellees**

### FROM THE DISTRICT COURT OF BLANCO COUNTY, 424TH JUDICIAL DISTRICT
### NO. CV06856, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Mary Riemann and Teresa Ringbom have filed a motion to dismiss this appeal with each party to pay their own costs, and they certify that appellees do not oppose the motion. We grant the motion and dismiss the appeal with each party to pay their own costs. *See* Tex. R. App. P. 42.1.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellants' Motion

Filed: September 11, 2013